```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3182 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID LANE ERICKSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the court's own motion,

IT IS ORDERED:

1. The Change of Plea hearing is rescheduled to April 25, 2007 at 2:00 p.m. before the undersigned magistrate judge in Courtroom #2, United States Courthouse, Lincoln, Nebraska.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 20th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge