UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2007 JUL 26 PM 1:38

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:06CR3182 |
| vs. | ) | **FINAL ORDER OF FORFEITURE** |
| DAVID ERICKSON, | ) | |
| Defendant. | ) | |

NOW ON THIS 26th day of July, 2007, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture and Memorandum Brief. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On May 9, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Section 846, Title 18, United States Code, Sections 922(c), 924(d) and Title 28, United States Code, 2461(c), based upon the Defendant's plea of guilty to Counts I, II and IV of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Benelli Super Black Eagle 12-gauge semi-automatic shotgun, serial number U245846, was forfeited to the United States.

2. On June 7, 14 and 21, 2007, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said property. An Affidavit of Publication was filed herein on July 19, 2007 (Filing No. 37).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the Benelli Super Black Eagle 12-gauge semi-automatic shotgun, serial number U245846, held by any person or entity, is hereby forever barred and foreclosed.

C. The Benelli Super Black Eagle 12-gauge semi-automatic shotgun, serial number U245846, be, and the same hereby is, forfeited to the United States of America.

D. The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 26th day of July, 2007

BY THE COURT:

s/ RICHARD G. KOPF, JUDGE
United States District Court