IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3182 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DAVID LANE ERICKSON, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the motion to refund cash bond (filing 46) is granted to the extent that the Clerk of Court is directed to refund the bond proceeds to the person who posted it as shown by the Clerk's office records.

    August 13, 2007.        BY THE COURT:

                                           s/ *Richard G. Kopf*
                                           United States District Judge