IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:06CR3182 |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| DAVID L. ERICKSON, ) | |
| ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 4th day of September, 2007, this matter comes on before the Court upon the United States' Motion to Strike Final Order of Forfeiture, Return Property, Close Forfeiture Case and Memorandum Brief. The Court reviews the record in this case and, being duly advised in the premises, finds the United States' Motion should be sustained.

IT IS THEREFORE ORDERED as follows:

1. The United States' Motion to Strike Final Order of Forfeiture, Return Property and Close Forfeiture Case is hereby sustained.

2. This Court's Final Order of Forfeiture (Filing No. 42) is hereby stricken.

3. The U.S. Marshals Service is holding a Benelli Super Black Eagle 12-gauge semi-automatic shotgun, serial number U245846. The U.S. Marshals Service shall provide this weapon to the Lincoln Police Department for its return to the rightful owner.

4. The United States shall notify the Court after the weapon has been delivered to the rightful owner. The Court will then issue an Order closing this case.

BY THE COURT:

s/ *RICHARD G. KOPF*
United States District Judge