IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID LANE ERICKSON, <br><br> Defendant. | 4:06CR3182 <br><br> **ORDER** |

IT IS ORDERED:

1) The defendant's motion to modify conditions of release, (Filing No. 76) is granted.

2) The Court's prior order, (Filing No. 72) is modified as follows: Upon defendant's graduation from treatment at The Bridge, the defendant is permitted to transition to Houses of Hope.

3) The defendant shall comply with all other terms and conditions of his supervised release which were imposed at sentencing.

January 15, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge